FILED

2024 Sep-27  AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/WRM: OCT. 2024
GJ#27

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **JAYLIN ARTEZ PATTON** | ) | |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>:
### *Felon in Possession of a Firearm*
### 18 U.S.C. § 922(g)(1)

The Grand Jury charges:

That on or about the 4th day of September 2024, in Jefferson County, within

the Northern District of Alabama, the defendant,

### **JAYLIN ARTEZ PATTON**,

knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, knowingly possessed a firearm, that is, at Glock .40

caliber pistol, and the firearm was in and affecting interstate and foreign commerce,

in violation of Title 18, United States Code, Section 922(g)(1). PATTON was

previously convicted on February 2, 2021, in the District Court of Jefferson County,

Alabama, of the offense of Unlawful Distribution of a Controlled Substance, in case

number DC 2019-11936, the said offense being a crime punishable by imprisonment for a term exceeding one year.

### COUNT TWO:
*Possession of a Machinegun*
**18 U.S.C. § 922(o) and 924(a)(2)**

The Grand Jury charges:

That on or about the 4th day of September 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**JAYLIN ARTEZ PATTON**,

did knowingly possess a machinegun, that is, a Glock .40 caliber pistol modified by the installation of a machinegun conversion device designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

### NOTICE OF FORFEITURE
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

1.    The allegations contained in Count One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of the offenses charged in Count One and Two of this Indictment the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offenses, including, but not limited to, a **Glock**

**.40 caliber firearm, bearing serial number AAED123, and any associated magazines and ammunition.**

 A TRUE BILL


*/s/ Electronic Signature*_____
FOREPERSON OF THE GRAND JURY



PRIM F. ESCALONA
United States Attorney


*/s/Electronic Signature*_____
WILLIAM R. MCCOMB
Assistant United States Attorney